NICOLA T. HANNA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
STACY WIESBROCK, CSBN 257920  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear St., Suite 800  
    San Francisco, CA 94105  
    Telephone: (415) 268-5612  
    Facsimile: (415) 744-0134  
    Email: stacy.wiesbrock@ssa.gov  
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JASON KIRMEL LONG, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | No. 8:19-cv-01167-AFM <br><br> [PROPOSED] <br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 3/17/2020

*/s/ Alexander F. MacKinnon*  
HON. ALEXANDER F. MacKINNON  
UNITED STATES MAGISTRATE JUDGE